JS 44C/SDNY
REV.
10/01/2020

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS

DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time?  No ☐ Yes ☐        Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐  If yes, give date _____ & Case No. _____

Is this an international arbitration case?        **No** ☐      **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)*                NATURE OF SUIT

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **TORTS** | | | | **ACTIONS UNDER STATUTES** | |
| **CONTRACT** | **PERSONAL INJURY** | **PERSONAL INJURY/** | **FORFEITURE/PENALTY** | **BANKRUPTCY** | **OTHER STATUTES** |
| [ ] 110  INSURANCE | [ ] 310 AIRPLANE | **PHARMACEUTICAL PERSONAL** | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT | **INJURY/PRODUCT LIABILITY** | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140  NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | **PROPERTY RIGHTS** | | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY | | [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 830 PATENT | | [ ] 470 RACKETEER INFLU- |
| [ ] 151  MEDICARE ACT | [ ] 345 MARINE PRODUCT | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ENCED & CORRUPT |
| [ ] 152  RECOVERY OF | LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | | | | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | **SOCIAL SECURITY** | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | [ ] 380 OTHER PERSONAL | | [ ] 861 HIA (1395ff) | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153  RECOVERY OF | [ ] 360 OTHER PERSONAL | PROPERTY DAMAGE | **LABOR** | [ ] 862 BLACK LUNG (923) | PROTECTION ACT |
| OVERPAYMENT | INJURY | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PRODUCT LIABILITY | STANDARDS ACT | [ ] 864 SSID TITLE XVI | [ ] 490  CABLE/SATELLITE TV |
| BENEFITS | MED MALPRACTICE | | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | [ ] 850 SECURITIES/ |
| [ ] 160  STOCKHOLDERS | | **PRISONER PETITIONS** | RELATIONS | | COMMODITIES/ |
| SUITS | | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | EXCHANGE |
| [ ] 190  OTHER | | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | **FEDERAL TAX SUITS** | [ ] 890 OTHER STATUTORY |
| CONTRACT | | VACATE SENTENCE | LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or | ACTIONS |
| [ ] 195  CONTRACT | **ACTIONS UNDER STATUTES** | 28 USC 2255 | | Defendant) | [ ] 891 AGRICULTURAL ACTS |
| PRODUCT | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR | [ ] 871 IRS-THIRD PARTY | [ ] 893 ENVIRONMENTAL |
| LIABILITY | | [ ] 535 DEATH PENALTY | LITIGATION | 26 USC 7609 | MATTERS |
| [ ] 196 FRANCHISE | [ ] 440  OTHER CIVIL RIGHTS | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC | | [ ] 895 FREEDOM OF |
| | (Non-Prisoner) | | SECURITY ACT (ERISA) | | INFORMATION ACT |
| | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| | [ ] 442 EMPLOYMENT | | | | [ ] 899 ADMINISTRATIVE |
| **REAL PROPERTY** | [ ] 443 HOUSING/ | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | PROCEDURE ACT/REVIEW OR |
| [ ] 210  LAND | ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION | | APPEAL OF AGENCY DECISION |
| CONDEMNATION | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION | APPLICATION | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 220  FORECLOSURE | DISABILITIES - | [ ] 560 CIVIL DETAINEE | [ ] 465 OTHER IMMIGRATION | | STATE STATUTES |
| [ ] 230  RENT LEASE & | EMPLOYMENT | CONDITIONS OF CONFINEMENT | ACTIONS | | |
| EJECTMENT | [ ] 446  AMERICANS WITH | | | | |
| [ ] 240  TORTS TO LAND | DISABILITIES -OTHER | | | | |
| [ ] 245  TORT PRODUCT | [ ] 448 EDUCATION | | | | |
| LIABILITY | | | | | |
| [ ] 290  ALL OTHER | | | | | |
| REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DEMAND $_____    OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____    DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original
   Proceeding
☐ 2 Removed from
   State Court
☐ 3 Remanded
   from
   Appellate
   Court
☐ 4 Reinstated or
   Reopened
☐ 5 Transferred from
   (Specify District)
☐ 6 Multidistrict
   Litigation
   (Transferred)
☐ 7 Appeal to District
   Judge from
   Magistrate Judge

   ☐ a. **all parties represented**

   ☐ b. **At least one party
      is pro se.**
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE
CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION   ☐ 4 DIVERSITY

   (U.S. NOT A PARTY)

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                                                     ADMITTED TO PRACTICE IN THIS DISTRICT
                                                         [ ] NO
            SIGNATURE OF ATTORNEY OF RECORD              [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                                Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)