# **<u>EXHIBIT B</u>**

JANUARY 1 2022

NEW EMPLOYEE HAND BOOK

# MARIE EIFFEL MARKET

# MARIE EIFFEL MARKET

**W**E are glad you made it here after your long journey! Welcome ! Below are guidelines that we expect every employee of Marie Eiffel Market to follow.

First, let us give you some needed information, after you arrive you will be given a clock in number you will use this number to start your shift ,everyday and to clock out. Start time at the Market is ALWAYS 10 MINUTES BEFORE YOUR SHIFT STARTS NOT EALIER AND NOT LATER!!

You will clock in AFTER you have changed into your uniform NOT BEFORE! Also you will clock out BEFORE YOU change out of your uniform NOT AFTER! Please note that you will have to wait a few days  before you can call the social security office to set up an appointment to apply for your social security card. You will need to go to Riverhead to the social security office  # 888 397-9819 526 E Main Street Riverhead NY 11901

IT is EXTREMELY  important that you use the correct mailing address (YOUR NAME) and Marie Eiffel  POB 500 Shelter Island HTS NY 11965 This is very IMPORTANT !!! You can not receive a paycheck until we have this number . We will provide you with weekly reporting of your hours until we get the SS number.

For your personal shipments from online ordering you may need to use a physical address It should look like this (your name) 184 n Ferry Rd #500 Shelter Island Has NY 11965.

PHONE: NO employee is allowed to be on their phone AT WORK unless there is an emergency and that must be approved by Marie !

Staff meals : While working at the market you will be provide with two meals one will be before 11:30 and the other will be after 3 :00 these will be made by the kitchen everyone will eat the same food ( unless you are a vegan or vegetarian) there will be no substitutions!

Payroll comes on Fridays for the work shift from the prior week your first check will come the week after we get your social security number You will need to open a bank account as soon as you get your social security card we will need the name of the bank and the routing number of the bank WE DO NOT ISSUE PAPER CHECKS all monies are done by electronic transfers.

TIPS : your tips will be calculated at the end of each month and PAID OUT AT THE END OF YOUR CONTRACT: you will get a monthly statementS showing what you have earned in tips EVERY 2nd week of the new month YOU MUST COMPLETE YOUR FULL CONTRACT in order to receive the tip payments.

RENTAL OF APARTMENT: As per your contract your room rent will be $150.00 a week in cash DUE ON MONDAY. We understand that it may be a few weeks before you get your first paycheck so you will settle up with any back rent and deposit after you get your first paycheck .Deposit is $400.00 cash which you will get back as long  as there is no damage upon your departure. We expect you to respect our apartment like it was your own .

EVERYONE MUST SIGN OUR CONFIDENTIALITY AND NON COMPETE AGREEMENTS

Make sure to read and understand this document any breach of these are grounds for dismissal please ask if you have questions

ADDITIONALLY No employee is permitted to socialize with any of Marie Eiffels customers

If asked by a customer you must tell them it is against company policy !!!

Any one who socializes. With customers will be terminated immediately and will forfeit all

Bonus payments . PLEASE READ AND UNDERSTAND THIS

3