UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CELINE LOH XIAO HAN; VANNESSA CHAO WAN YI; SUPPHATTRA SONBANKOH; DUANGRETHAI SAESOM; JHOAM FELIPE TOLEDO VILLAMIZAR; LIZETTHE NATALIA TORRES JAIMES; SAMANTHA CAROLINA MOLINA ESPINOZA; and VICTOR JOSHUE ROCAFUERTE ALAY,

Case No.: 23-cv-7786

                        Plaintiffs,

   - against -

INTEREXCHANGE, INC.; EIFFEL REDDINGS, LLC d/b/a MARIE EIFFEL MARKET; MARIE EIFFEL, LLC d/b/a MARIE EIFFEL MARKET; REDDINGS MARKET, LLC d/b/a MARIE EIFFEL MARKET; and MARIE EIFFEL,

                        Defendants.
---------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that on September 7, 2023, a copy of the Complaint in this matter was served via website upload with the Commission on Human Rights, Office of the General Counsel, Attention Section 8-502(c) at https://www.nyc.gov/site/cchr/about/civil-action-by-persons-aggrieved-by-unlawful-discriminatory-practices.page#:~:text=New%20York%20City%20Administrative%20Code,aggrieved%20by%20unlawful%20discriminatory%20practices as required by Section 8-502(c) of the New York City Administrative Code.

                                          LEWIS JOHS AVALLONE AVILES, LLP

By:   /s/ Michael J. Del Piano
        Michael J. Del Piano
        1377 Motor Parkway, Suite 400
        Islandia, New York 11749
        631.755.0101
        mjdelpiano@lewisjohs.com

        *Attorneys for Plaintiffs*