# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CELINE LOH XIAO HAN; VANESSA CHAO WAN YI; SUPPHATTRA SONBANKOH; DUANGRETHAI SAESOM, JHOAM FELIPE TOLEDO VILLAMIZAR; LIZETTHE NATALIA TORRES JAIMES; SAMANTHA CAROLINA MOLINA ESPINOZA; and VICTOR JOSHUE ROCAFUERTE ALAY.,

Plaintiffs,

v.

INTEREXCHANGE, INC.; EIFFEL REDDINGS, LLC d/b/a MARIE EIFFEL MARKET; MARIE EIFFEL, LLC d/b/a MARIE EIFFEL MARKET; REDDINGS MARKET, LLC d/b/a MARIE EIFFEL MARKET; and MARIE EIFFEL,

Defendants.

Civil Case No. 1:23-cv-7786-JLR

Electronically Filed

---

## CERTIFICATE OF SERVICE

I, Adam K. Gallagher, hereby certify that on October 5, 2011 I caused a true and correct copy of the following documents:

- Notice of Motion to Dismiss the Complaint
- Declaration in Support of the Motion to Dismiss the Complaint and accompanying exhibits
- Memorandum of Law in Support of the Motion to Dismiss the Complaint
- This Certificate of Service

upon Interexchange, Inc, 100 Wall Street, Suite 301, New York, New York by Federal Express, and to by electronic service upon the parties in this action who receive electronic service through CM/ECF.

{N0003150}
24089725v.1

| | |
|---|---|
| New York, New York<br>Dated: September 29, 2023 | **BECKER & POLIAKOFF, LLP**<br>*Attorneys for Defendants*<br>Eiffel Reddings, LLC d/b/a Marie Eiffel Market; Marie Eiffel, LLC d/b/a Marie Eiffel Market; Reddings Market, LLC d/b/a Marie Eiffel Market; and Marie Eiffel<br><br>/s/ Adam K. Gallagher<br>Adam K. Gallagher, Esq. (AG9289)<br>45 Broadway, 17th Floor<br>New York, New York 10006<br>Phone: 212-599-3322<br>Fax: 212-557-0295<br>agallagher@beckerlawyers.com |