December 20, 2023

| | |
|---|---|
| To: Honorable Judge Jennifer L. Rochon | Case No.: 23-cv-7786-JLR |
| United States District Court | Celine Loh Han et. al., v. |
| Southern District of New York | InterExchange, Inc. et. al. |
| 500 Pearl Street, Room 1920 | |
| New York, NY 10007 | |

### In ref: Joint Letter clarifying docket in response to Court's December 14, 2023 Order to Set/Reset Deadlines

Honorable Judge Rochon,

      Counsel for the Plaintiffs and the Eiffel Defendants hereby submit this letter requesting the Court clarify the docket in response to the Court's December 14, 2023 Order to set/reset deadlines. A copy of the December 14, 2023 Order is attached hereto for reference. The December 14, 2023 Order directed the Eiffel Defendants to answer Plaintiffs' Complaint on or before December 19, 2023. But on October 13, 2023, the Eiffel Defendants moved to dismiss the Complaint, which remains pending and briefing is complete. [*See* D.E. 31, 34, 36]. The Eiffel Defendants have also requested oral argument. *Id.*

      The parties thus request an Order from this Honorable Court clarifying the docket to reflect the Court's directive at the December 14, 2023 Initial Pretrial Conference where the Court stated that the Eiffel Defendants are not required to answer Plaintiffs' Complaint at this time.

      Respectfully submitted,

| | |
|---|---|
| By: _/s/_ Michael Del Piano_ | By: /s/_ Jon Polenberg_____ |
| Michael J. Del Piano | *Admitted Pro Hac Vice* |
| Dennis C. Valet | Adam K. Gallagher |
| Teresa L. Staiano | 1 East Broward Blvd, Suite 1800 |
| Lewis Johs Avallone Aviles, LLP | Fort Lauderdale, Florida, 33301 |
| 1377 Motor Parkway, Suite 400 | (954) 985-4176 |
| Islandia, New York 11749 | *Attorneys for Eiffel Defendants* |
| (631) 755-0101 | |
| *Attorneys for Plaintiffs* | |

The request is GRANTED. InterExchange, Inc. shall respond to the complaint by December 28, 2023. The Court is in receipt of a motion to dismiss from the Eiffel Defendants, who are therefore not required to answer the complaint at this time. The Clerk is requested to terminate the motions at ECF Nos. 44 and 45.

SO ORDERED.

*[signature: Jennifer Rochon]*

Dated: December 21, 2023
      New York, New York

JENNIFER L. ROCHON
United States District Judge