UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

CELINE LOH XIAO HAN; VANNESSA CHAO WAN YI; SUPPHATTRA SONBANKOH; DUANGRETHAI SAESOM; JHOAM FELIPE TOLEDO VILLAMIZAR; LIZETTHE NATALIA TORRES JAIMES; SAMANTHA CAROLINA MOLINA ESPINOZA; and VICTOR JOSHUE ROCAFUERTE ALAY,

              Plaintiffs,

          - against -

INTEREXCHANGE, INC.; EIFFEL REDDINGS, LLC d/b/a MARIE EIFFEL MARKET; MARIE EIFFEL, LLC d/b/a MARIE EIFFEL MARKET; REDDINGS MARKET, LLC d/b/a MARIE EIFFEL MARKET; and MARIE EIFFEL,

             Defendants.

-------------------------------------------------------------- x

Case No. 23-cv-7786

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant InterExchange, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         December 28, 2023

                                    Respectfully submitted,

                                    DAVIS WRIGHT TREMAINE LLP

                                    By: /s/ Michael J. Goettig
                                          Michael J. Goettig

                                  *Attorneys for Defendant*
                                  *InterExchange, Inc.*
                               1251 Avenue of the Americas, 21st Floor
                               New York, New York 10020
                               (212) 603-6498