UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE LOH XIAO HAN et al., <br><br> Plaintiffs, <br><br> -against- <br><br> INTEREXCHANGE, INC., et al., <br><br> Defendants. | Case No. 1:23-cv-07786 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 26, 2024, counsel for Plaintiff Samantha Carolina Molina Espinoza, Lewis Johs Avallone Aviles, LLP and Kalmanson Cohen PLLC, filed a motion to withdraw as Plaintiff Espinoza's counsel. *See* Dkt. 75. By **December 2, 2024,** Plaintiff's counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on Plaintiff Espinoza, and by **December 3, 2024**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

Any opposition to the motion to withdraw shall be filed by **December 6, 2024,** and any reply shall be filed by **December 11, 2024**. Unless and until the Court grants the motion, Lewis Johs Avallone Aviles, LLP and Kalmanson Cohen PLLC remain counsel of record. If Plaintiff Espinoza has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

Dated: November 27, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1