UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE LOH XIAO HAN et al., <br><br> Plaintiffs, <br><br> -against- <br><br> INTEREXCHANGE, INC. et al., <br><br> Defendants. | Case No. 1:23-cv-07786 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Samantha Carolina Molina Espinoza's response to her attorneys' motion to withdraw was due by December 6, 2024. Dkt. 79. To date, Ms. Espinoza has not filed any response with the Court. The Court shall therefore hold a hearing on the motion to withdraw on December 17, 2024 at 10:30 a.m. The hearing shall be held remotely over Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses provided on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831; Access Coe: 5583342.

Plaintiff's counsel shall serve a copy of this Order to Ms. Espinoza and file proof of such service on the docket. Plaintiff's counsel shall also share the Microsoft Teams log-in credentials with Ms. Espinoza following the circulation of those credentials.

Dated: December 9, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1