# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP
### Counsellors at Law

December 13, 2024

**VIA ECF** Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Celine Loh Xiao Han, et al. v. InterExchange, Inc. et al.*, **Case No. 23-cv-7786 (JLR)**

Dear Judge Rochon:

We are counsel for the Plaintiffs in the above-captioned action. We write pursuant to your Honor's Individual Part Rules, the Court's Standing Order, 19-MC-00583, and Section 6 of the Southern District's ECF Rules & Instructions, to respectfully request that the Court permit certain documents to be submitted under seal in connection with the motion to be relieved as counsel that was filed by Plaintiffs on December 2, 2024 (Dkt.83) and scheduled for a hearing on December 17, 2024.

The documents at issue are communications directed to counsel from Plaintiff Samantha Carolina Molina Espinoza in response to her receipt of the above referenced motion papers, which are privileged attorney-client communications, but which we believe should be provided to Your Honor in considering the pending motion. Pursuant to your Honor's Individual Practice Rules, Plaintiffs have conferred with counsel for Defendant InterExchange ("IEx") and for the Eiffel Defendants regarding the intention to have the correspondence filed under seal. The Eiffel Defendants and Defendant IEx communicated that they do not waive any objections to the submission and expressly reserve all rights."

The correspondence does not change the nature of the relief sought by Plaintiffs' counsel.

Respectfully submitted,

*Michael J. Del Piano*

Michael J. Del Piano
mjdelpiano@lewisjohs.com
Islandia Office
MJD/lc

cc:   All Counsel via ECF

Plaintiffs' request to file counsel's correspondence with Plaintiff Samantha Carolina Molina Espinoza, Dkt. 92, under seal is GRANTED. The correspondence implicates the attorney-client privilege, which outweighs the presumption of access that otherwise ordinarily attaches to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (3d Cir. 2006).

Dated: December 16, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**