UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CELINE LOH XIAO HAN; VANNESSA CHAO WAN
YI; SUPPHATTRA SONBANKOH; DUANGRETHAI
SAESOM; JHOAM FELIPE TOLEDO VILLAMIZAR;
LIZETTHE NATALIA TORRES JAIMES; SAMANTHA
CAROLINA MOLINA ESPINOZA; and VICTOR
JOSHUE ROCAFUERTE ALAY,                                              Case No. 1:23-cv-07786 (JLR)

                    Plaintiffs,                                                    **ORDER**

       -against-

INTEREXCHANGE, INC.; EIFFEL REDDINGS LLC
d/b/a MARIE EIFFEL MARKET; MARIE EIFFEL, LLC,
d/b/a MARIE EIFFEL MARKET; REDDINGS MARKET,
LLC d/b/a MARIE EIFEEL MARKET; and MARIE
EIFFEL,
                    Defendants.

------------------------------------------------------------------------X
JENNIFER L. ROCHON, United States District Judge:

     Jhoam Felipe Toledo Villamizar ("Plaintiff") is a named plaintiff in the above captioned matter for claims related to his participation in the Summer Work Travel Program as a J-1 student visa holder. During part of his time in the Summer Work Travel Program, Plaintiff was employed to work at Marie Eiffel Market, a food establishment located in Shelter Island, New York. Defendant InterExchange, Inc. ("IEx") served as the sponsor agency for Plaintiff's J-1 student visa.

     Plaintiff filed this action against Marie Eiffel, Eiffel Reddings, LLC, Marie Eiffel LLC, Reddings Market, LLC (together, the "Eiffel Defendants"), and IEx (collectively the "Defendants") asserting claims under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1589 *et seq.*; the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.*; the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 *et seq.*; the New York Labor

Law, N.Y. Lab. Law § 1 *et seq.*, and applicable regulations; the New York General Business Law, N.Y. Gen. Bus. Law §§ 349-350; and common law.

It is hereby ordered that Jhoam Felipe Toledo Villamizar shall appear in person in New York, New York in order to be deposed in this action**.**

Dated: New York, New York
February 18, 2025

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge