# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP
### Counsellors at Law

November 11, 2025

Request GRANTED. Plaintiffs shall respond to Defendants' letter motion by November 14, 2025.

Dated: November 12, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**
Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Celine Loh Xiao Han, et al. v. InterExchange, Inc. et al.*, **Case No. 23-cv-7786 (JLR)**

Dear Judge Rochon:

In accordance with Section 2(E) of Your Honor's Individual Rules of Practice in Civil Cases, the Plaintiffs write to inform the Court of their intention to file a response to the Eiffel Defendants' Letter Motion dated November 7, 2015 (Doc. No. 178) and respectfully request a brief extension of time to do so by Friday, November 14, 2025. We apologize for the delay in this application as we were amidst preparing for the deposition of Marie Eiffel when the Letter Motion was filed, which took place yesterday, November 10, 2025.

In addition, we would like to notify the Court that Plaintiffs intend on filing a separate Letter Motion on Friday, November 14, 2025, to address additional remaining discovery issues.

We thank the Court for its continuing attention to this matter.

Respectfully submitted,

Teresa L. Staiano
tlstaiano@lewisjohs.com
*Islandia Office*

cc:   All Counsel (By ECF)