UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELINE LOH XIAO HAN, VANNESSA CHAO WAN YI, SUPPHATTRA SONBANKOH, DUANGRETHAI SAENSOM, JHOAM FELIPE TOLEDO VILLAMIZAR, LIZETTHE NATALIA TORRES JAIMES, SAMANTHA CAROLINA MOLINA ESPINOZA, and VICTOR JOSHUE ROCAFUERTE ALAY, <br><br>Plaintiffs, <br><br>-against- <br><br>INTEREXCHANGE, INC., EIFFEL REDDINGS, LLC, MARIE EIFFEL, LLC, REDDINGS MARKET, LLC, and MARIE EIFFEL, <br><br>Defendants. | Case No. 1:23-cv-07786 (JLR) <br><br>**OPINION AND ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As set forth on the record at the November 25, 2025 discovery conference, the discovery motions raised by Plaintiffs and Defendants at Dkts. 182 and 184 are GRANTED IN PART and DENIED IN PART. The Clerk of Court is respectfully directed to terminate Dkts. 182 and 184.

Dated: November 25, 2025
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge