UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINE LOH XIAO HAN, et al.,

                  Plaintiffs,

-against-

INTEREXCHANGE, INC., et al.,

                  Defendants.

Case No. 1:23-cv-07786 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' letters highlighting various discovery disputes. The Court shall hold a discovery conference on December 22, 2025, at 3:00 p.m. The hearing shall be held remotely over Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing phone number 646-453-4442 | Phone Conference ID 339 489 127#.

Dated: December 17, 2025
      New York, New York

                                SO ORDERED.

                                JENNIFER L. ROCHON
                                United States District Judge