UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINE LOH XIAO HAN, et al.,

                Plaintiffs,

-against-

INTEREXCHANGE, INC., et al.,

                Defendants.

Case No. 1:23-cv-07786 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the December 22, 2025 conference, the Defendants' December 8, 2025 motion to compel non-party witnesses Christine Harnos and Mariam Shevardnadze to comply with subpoenas requiring their depositions, *see* Dkt. 188, is GRANTED. Non-party witnesses Harnos and Shevardnadze must communicate with counsel for Defendants and sit for depositions by January 15, 2026.

Furthermore, for the reasons stated on the record at the December 22, 2025 conference, Plaintiffs' subpoena served on non-party Intrax Work Travel is hereby quashed.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 188 and 195.

Dated: December 22, 2025
      New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge