Alyssa N. Weiss
Attorney at Law
Phone: 954.364.6051  Fax: 954.985.4176
aweiss@beckerlawyers.com

Becker & Poliakoff
1 East Broward Blvd.
Suite 1800
Ft. Lauderdale, FL 33301

**Becker**

January 13, 2026

Request GRANTED.  Fact discovery is extended to March 1, 2026, for the sole purpose of allowing the Eiffel Defendants to depose non-party witnesses Christine Harnos and Mariam Shevardnadze.  This extension does not affect the post-discovery pretrial conference, which is currently scheduled for April 1, 2026, *see* Dkt. 175.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 198.

**Via ECF**

The Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Dated: January 14, 2026
    New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**Re:    Request for Discovery Conference**
       *Han, et al. v. InterExchange Inc., et al.*, **Case No. 23-cv-07786**

Dear Judge Rochon:

The defendants, Marie Eiffel, Eiffel Reddings, LLC, Marie Eiffel, LLC, and Reddings Market, LLC (collectively, the "Eiffel Defendants"), present this letter under Local Civil Rule 37.2 and Your Honor's Individual Rules of Practice to request that the Court issue an order extending the fact discovery deadline for the limited purpose of deposing non-party witnesses Christine Harnos ("Ms. Harnos") and Mariam Shevardnadze ("Ms. Shevardnadze," collectively "Witnesses"). The parties conferred regarding the motion on January 13, 2026, and no parties object to the relief requested in this motion.

## I.    Procedural Background

On February 17, 2025, the Eiffel Defendants served the Witnesses with subpoenas for in-person depositions. After months of unsuccessful attempts to coordinate deposition dates, on December 8, 2025, the Eiffel Defendants moved to compel the Witnesses to comply with the subpoenas. On December 22, 2025, the Court granted the motion and ordered the Witnesses to communicate with counsel and sit for depositions by January 15, 2026.

The Eiffel Defendants sent the Court's order to the Witnesses via Federal Express. On January 2, 2026, Ms. Shevardnadze emailed undersigned counsel on behalf of herself and Ms. Harnos, copying Ms. Harnos on the email. Ms. Shevardnadze advised she is in the country of Georgia due to a recent death in the family and is completely unavailable for deposition through at least February 15, 2026. Ms. Shevardnadze explained that Ms. Harnos is also mourning a recent loss and requested her deposition occur after February 15, 2026.

January 13, 2026
Page 2

**II.     The Court Should Extend the Discovery Deadline for the Limited Purpose of Deposing Ms. Harnos and Ms. Shevardnadze**

Federal Rule of Civil Procedure 16(b)(4) allows modification of discovery deadlines for good cause. Good cause turns on the moving party's diligence. *Al Thani v. Hanke*, No. 20 CIV. 4765 (JPC), 2025 WL 3204231, at \*9 (S.D.N.Y. Nov. 17, 2025). Courts weigh several factors based on the case's posture and the specific relief sought. *Id.*; *Ahmed v. City of New York*, No. 22-CV-8007 (JHR) (JW), 2024 WL 2884039, at \*2–3 (S.D.N.Y. May 23, 2024). Every factor supports an extension here.

The Eiffel Defendants acted diligently by attempting to depose the Witnesses well before the close of discovery and in seeking judicial intervention when their efforts went unanswered. The Eiffel Defendants remain ready to depose the Witnesses prior to the discovery deadline, but the Witnesses cannot appear for depositions until at least a month after the January 15, 2026 discovery deadline due to extenuating circumstances. Good cause exists to extend the discovery for the limited purpose of deposing the Witnesses. *See Ahmed*, 2024 WL 2884039, at \*2–3.

The requested extension will not prejudice any party. Under Rule 16(b)(4), prejudice exists if the extension would require expending significant additional resources to conduct discovery or would significantly delay resolution of the case. *Hanke*, 2025 WL 3204231, at \*9. Neither circumstance applies. The Court already compelled both depositions, and the parties are not seeking additional discovery beyond them. Extending the deadline simply allows the depositions to occur when the Witnesses are available.

Because the Witnesses are not available for depositions until after the close of discovery, the Court should extend the discovery deadline for the limited purpose of completing their depositions.

**III.     Conclusion.**

The Eiffel Defendants request that the Court grant this motion and extend the discovery deadline for the limited purpose of deposing Christine Harnos and Mariam Shevardnadze.

Respectfully,

*Alyssa Weiss*

Alyssa Weiss