UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINE LOH XIAO HAN, et al.,

                        Plaintiffs,

    -against-

INTEREXCHANGE, INC., et al.,

                        Defendants.

Case No. 1:23-cv-07786 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of letters from the parties concerning two discovery disputes. *See* Dkts. 200, 201, 204, 205. The Court will hold a conference to discuss these disputes on **February 11, 2026**, at **12:30 p.m.** The conference will be held virtually via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 868 619 716#.

Dated: February 5, 2026
       New York, New York

                            SO ORDERED.

                            JENNIFER L. ROCHON
                            United States District Judge