UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELINE LOH XIAO HAN, et al.,

               Plaintiffs,

-against-

INTEREXCHANGE, INC., et al.,

               Defendants.

Case No. 1:23-cv-07786 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      As discussed on the record on April 28, 2026, Defendants' summary judgment and other motions are due by **May 26, 2026**; Plaintiffs' opposition to those motions, and Plaintiffs' cross-motions for summary judgment, are due by **June 16, 2026**; Defendants' replies in further support of their motions, and Defendants' oppositions to Plaintiffs' summary judgment motions, are due by **June 30, 2026**; and Plaintiffs' replies in further support of their summary judgment motions are due by **July 7, 2026.**

Dated:  April 28, 2026
       New York, New York

               SO ORDERED.

               JENNIFER L. ROCHON
               United States District Judge